# Court of Appeals
# of the State of Georgia

ATLANTA,    June 09, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0437.  JAMES D. BROWN v. CHERYL BROWN.**

James D. Brown filed this discretionary application seeking to appeal the superior court's final decree of divorce.  The Supreme Court, however, has general appellate jurisdiction over divorce and alimony cases.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6).  Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*    06/09/2015
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
                *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*